UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAI THI VU,

    Plaintiff,

  v.

KIMBERLY HUGHES, et al.,

    Defendants.

Case No.  15-cv-03498-VC (PR)

**ORDER OF TRANSFER**

    Mai Thi Vu, a state prisoner currently incarcerated at California Institution for Women in Corona, California, has filed a civil rights action under 42 U.S.C. § 1983 complaining about her classification by the Unit Classification Committee at the Central California Women's Facility in Chowchilla, California, where Vu was previously incarcerated.  Chowchilla is located in Madera County, which is located in the Eastern District of California.

    Because the acts complained of in this complaint occurred in the Eastern District of California, venue properly lies in the Eastern District and not in this one.  *See* 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is transferred to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith.

    **IT IS SO ORDERED.**

Dated:  September 10, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI THI VU,<br><br>   Plaintiff,<br><br>   v.<br><br>KIMBERLY HUGHES, et al.,<br><br>   Defendants. | Case No.   15-cv-03498-VC<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on September 10, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mai Thi Vu ID: WE7328
California Institution for Women (CIW)
16756 Chino-Corona Road
Corona, CA 92880

Dated: September 10, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2